# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-3094-01-CR-S-DW |
| | ) | |
| AARON M. BURNETT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge James C. England's Report and Recommendations (Doc. 26) denying Defendant's Motion to Suppress (Doc. 18). Defendant filed objections to the Report and Recommendation (Doc. 27). After an independent review of the transcript of the evidentiary hearing, the applicable law, and the parties' arguments, the Court ADOPTS the Magistrate's proposed findings of fact and conclusions of law. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made a part of this Order and DENIES Defendant's Motion to Suppress (Doc. 18).

Date:   August 31, 2010                                  /s/ Dean Whipple
                                                                                                  Dean Whipple
                                                                             United States District Judge